The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ERIC REMINGTON, individually and on behalf of all others similarly situated,

                Plaintiff,

      v.

REFRESCO BEVERAGES US INC., a foreign profit corporation; and DOES 1-20, as yet unknown Washington entities,

                Defendants.

No. 2:25-cv-01425-RAJ

**ORDER GRANTING STIPULATED MOTION TO REMAND**

Pursuant to the Parties' stipulation, this matter is remanded to King County Superior Court. The Court hereby directs the Clerk to issue a letter of transmittal of remand to the King County Superior Court for completion of a class-wide settlement.

IT IS SO ORDERED.

DATED this 10th day of February, 2026.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING STIPULATED
MOTION TO REMAND - 1

No. 2:25-cv-01425-RAJ

**EMERY | REDDY, PC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106 • Fax: (206) 441-9711